IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| DAVID CRAWLEY, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 7:15-cv-69 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID ROBINSON, et al., | ) | By: Joel C. Hoppe |
| Defendants. | ) | United States Magistrate Judge |

Plaintiff David Crawley, a state inmate proceeding *pro se*, has filed a Motion to Compel Discovery. ECF No. 43. He states that he intends to give unidentified prison officials documents for copying, and he seeks an order requiring the "defendants['] agents" to provide a notice acknowledging their receipt of those documents. The Defendants oppose the request.

The Motion seeks to compel the opposing party to produce a document that does not exist. This request is not proper under Rule 34 or any other rule of federal civil procedure. Moreover, the Court has no reason to believe the Defendants will destroy the Plaintiff's litigation documents. Accordingly, the Motion to Compel, ECF No. 43, is DENIED.

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

ENTER: December 7, 2015

Joel C. Hoppe
United States Magistrate Judge