CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 27 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID CRAWLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:15cv00069 |
| DAVID ROBINSON, et al., | ) By: Michael F. Urbanski |
| Defendants. | ) United States District Judge |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, the Magistrate Judge's report and recommendation (ECF No. 61) is **ADOPTED** in its entirety, defendants' motion for summary judgment (ECF No. 49) is **GRANTED**, Crawley's objections (ECF No. 64) are **OVERRULED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

Entered: 09/27/2016

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge